## Linu P. Kennedy vs. Joseph Newsom.

A certiorari brought to remove a cause from the common pleas to this court must be filed *eight* days before the first term at which the issue could be tried, after issue joined, otherwise defendant must pay costs.

*Motion by plaintiff to quash the certiorari issued in this cause.*—The action is covenant; brought in the common pleas. Issue joined October 20, 1844, in time to have been noticed for the last December term of the Steuben common pleas. By a written stipulation the cause was referred to a sole referee, on the 7th December last. The referee appointed the 19th of February last for a hearing. On the 24th January last plaint-

iff's attorney served defendant's attorney with notice of said hearing. About 1st February last, notice was served on plaintiff's attorney by defendant's attorney that the cause was removed by certiorari into this court. Costs had been made in noticing and preparing for hearing, before notice of the certiorari was served, which had not been paid by defendant, or offered.

Wm. M. Hawley, *Plffs Counsel.*          Wm. M. Hawley, *Plffs Atty.*
O. Allen, *Defts Counsel.*          J. K. Hale, *Defts Atty.*

Beardsley, Justice.—Decided the motion upon the case in 19 *Wend.,* 647, which is precisely parallel. That a certiorari must be filed *eight* days before the first time at which the issue could be tried, after issue joined; otherwise defendant must pay all the costs incurred in preparing for trial or hearing.

Motion granted, with costs.